WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.
5567 RESEDA BOULEVARD, SUITE 330
POST OFFICE BOX 7033
TARZANA, CALIFORNIA 91357-7033

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| EVERVICTORY ELECTRONIC B.V.I. CO., LTD., <br><br> Plaintiff, <br><br> vs. <br><br> INVISION INDUSTRIES, INC.; INVISION AUTOMOTIVE SYSTEMS, INC.; AUDIOVOX CORPORATION; and DOES 1 to 10, inclusive, <br><br> Defendants. | CASE NO. 2:10-cv-08165-CAS-PLAx <br><br> *[Assigned to the Honorable Christina A. Snyder, Courtroom 5]* <br><br> **JUDGMENT RE AWARD OF COSTS** <br><br> Complaint filed:  October 29, 2010 <br> TRIAL Date:    June 19, 2012 |

This action came on regularly for trial on June 19, 2012, in Courtroom 5 of the United States District Court, Central District of California, the Honorable Christina A. Snyder, Presiding.  Plaintiff EVERVICTORY ELECTRONIC B.V.I. CO., LTD., ("Evervictory") appeared by attorneys Malcolm McNeil of Fox Rothschild, LLP and Paul Ming Ma of the Law Offices of Paul Ming Ma. Defendants INVISION AUTOMOTIVE SYSTEMS, INC. and AUDIOVOX CORPORATION, ("Invision") appeared by attorneys Robert L. Esensten, Kathryn L. Marshall and Michael G. Kline of Wasserman, Comden, Casselman & Esensten, LLP.

WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.
5567 RESEDA BOULEVARD, SUITE 330
POST OFFICE BOX 7033
TARZANA, CALIFORNIA 91357-7033

1   Witnesses were sworn and testified and documents were entered into

2   evidence.  After hearing the evidence and arguments of counsel, along with

3   [Proposed] Statements of Decision presented by EVERVICTORY and INVISION,

4   the case was submitted to the Court.  The Court prepared its Order entering

5   Judgment on July 13, 2012 (Doc #75).  On July 27, 2012, INVISION filed its

6   Motion for Attorneys Fees and Costs and on August 6, 2012, INVISION filed its

7   Bill of Costs.

8   On August 28, 2012, INVISION was awarded its Bill of Costs in the amount

9   of $3,677.29 (Doc #90).

10   On October 22, 2012, INVISION was awarded its nontaxable costs in the

11   amount of $11,932.13 (Doc #93).

12   THEREFORE, BE IT FURTHER ORDERED, ADJUDGED AND

13   DECREED that Judgment is entered in favor of Defendants, INVISION

14   AUTOMOTIVE SYSTEMS, INC. and AUDIOVOX CORPORATION against

15   Plaintiff EVERVICTORY ELECTRONIC B.V.I. CO., LTD., in the total amount of

16   $15,609.42, plus interest at the legal rate.

17

18   DATED:  November 8, 2012

_____
CHRISTINA A. SNYDER
United States District Court Judge

1038406.1

2

**JUDGMENT RE AWARD OF COSTS**

WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.
5567 RESEDA BOULEVARD, SUITE 330
POST OFFICE BOX 7033
TARZANA, CALIFORNIA 91357-7033

1

## CERTIFICATION OF SERVICE

2

3        I hereby certify that on October 29, 2012, I electronically filed the document

4   entitled **[*PROPOSED*] JUDGMENT RE AWARD OF COSTS** with the Clerk of

5   the Court by using the CM/ECF system.

6

7                                        Respectfully Submitted,

8

9                                        /s/ *Kathryn S. Marshall*
                                         KATHRYN S. MARSHALL
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1038406.1

3

**JUDGMENT RE AWARD OF COSTS**